**FILED**

12/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0636

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 23-0636

| | |
|---|---|
| BLUEBIRD PROPERTY RENTALS, LLC and ALAINA GARCIA<br><br>*Plaintiffs/Appellees*,<br><br>v.<br><br>WORLD BUSINESS LENDERS, LLC; WBL SPO I, LLC; and WBL SPO II, LLC,<br><br>*Defendants/Appellants*. | **ORDER GRANTING EXTENSION OF TIME** |

Upon consideration of the Appellants' unopposed motion for an extension of time to file Appellants' opening brief, and good cause appearing:

IT IS HEREBY ORDERED that the Appellants are granted an extension of time up to and including Monday, January 22, 2024, in which to prepare, file and serve the Appellants' opening brief in this matter.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 11 2023